UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARK JAY POORE, JR.,

    Defendant.
_____/

Hon. Janet T. Neff

Case No. 1:17-cr-00167

## **REPORT AND RECOMMENDATION**

Pursuant to W.D. MICH. L.CR.R. 11.1, I conducted a plea hearing in the captioned case on November 29, 2017, after receiving the written consent of defendant and all counsel. At the hearing, defendant Mark Jay Poore, Jr. entered a plea of guilty to Count 1 of the Superseding Indictment in exchange for the undertakings made by the government in the amended written plea agreement. The plea agreement was amended on the record and the Government is directed to file it. In Count 1 of the Superseding Indictment, defendant is charged with possession of an unregistered, short-barrel shotgun, in violation of 26 U.S.C. §§ 5861(d) and 5871.

On the basis of the record made at the hearing, I find that defendant is fully capable and competent to enter an informed plea; that the plea is made knowingly and with full understanding of each of the rights waived by defendant; that it is made voluntarily and free from any force, threats, or promises, apart from the

promises in the amended plea agreement; that the defendant understands the nature of the charge and penalties provided by law; and that the plea has a sufficient basis in fact.

Accordingly, I recommend that defendant's plea of guilty to Count 1 of the Superseding Indictment be accepted, that the court adjudicate defendant guilty, and that the amended written plea agreement be considered for acceptance at the time of sentencing. Acceptance of the plea, adjudication of guilt, acceptance of the amended plea agreement, and imposition of sentence are specifically reserved for the district judge.

Date: November 29, 2017         /s/ Phillip J. Green_____
                                PHILLIP J. GREEN
                                United States Magistrate Judge

**NOTICE TO PARTIES**

You have the right to de novo review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than14 days after the plea hearing. See W.D. MICH. L.CR.R. 11.1(d).